# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1726
Lower Tribunal No. 20-15343
_____


**Jung H. Moon,**
Appellant,

vs.

**IMA-Park Place, LLC,**
Appellee.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Law Offices of David S. Cohen, LC, Lee N. Bernbaum and David S. Cohen (Orlando), for appellant.

Bales & Bales, P.A., and Matt E. Bales, Jr., for appellee.


Before LINDSEY, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Morales Sand & Soil, L.L.C. v. Kendall Props. & Invs., 923 So. 2d 1229, 1232 (Fla. 4th DCA 2006) ("[A]n action for a breach of the promise to pay may be maintained in the county where the payment was agreed to be made, for there the breach occurred and the cause of action accrued . . . .") (quoting Croker v. Powell, 156 So. 146, 151 (Fla. 1934)); State Dep't of Transp. v. San Marco Contracting Co., 355 So. 2d 133, 134 (Fla. 1st DCA 1978) ("It is commonly understood that, for venue purposes, a cause of action accrues where the injury or default occurs, and that a default on a contract for the payment of money occurs where the money was to have been paid . . . .").